# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MURAD ZIKRI, Ph.D., an individual,<br><br>          Plaintiff,<br><br>   vs.<br><br>TRANSAMERICA PREMIER LIFE INSURANCE COMPANY aka WESTERN RESERVE LIFE ASSURANCE CORPORATION,<br><br>       Defendant. | Case No. 5:16-cv-02259-R (KKx)<br><br>(Honorable Manuel L. Real)<br><br>**JUDGMENT**<br><br>Complaint Filed: September 14, 2016 |

The motion of Defendant Transamerica Premier Life Insurance Company ("Defendant") for summary judgment against Plaintiff Murad Zikri, Ph.D. ("Plaintiff") was filed on May 1, 2017 and, having been thoroughly briefed by both parties, was taken under submission on May 31, 2017 by the Honorable Manuel L. Real, district judge presiding.

After fully considering the moving, opposition and reply papers and all other evidence and matters presented to the Court, and for good cause appearing, this Court ruled on August 1, 2017 that there is no genuine dispute as to any material fact with respect to the Plaintiff's claims for (1) Breach of Contract [Settlement Agreement] (First Claim for Relief), (2) Breach of Contract [Insurance Contract] (Second Claim for Relief) and (3) Declaratory Relief (Third Claim for Relief). *See* Dkt. No. 45. Therefore, Defendant is entitled to judgment thereon as a matter of law.

**IT IS SO ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing, that the action be dismissed on the merits and that Defendant shall recover its costs.

Dated: August 22, 2017

By: _____
MANUEL L. REAL
United States District Court Judge

Submitted by:

HINSHAW & CULBERTSON LLP

/s/ Larry M. Golub
SANDRA I. WEISHART
LARRY M. GOLUB
Attorneys for Defendant
Transamerica Premier Life Insurance
Company

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

300298579v1 0991875